UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JASON LAMONT BUCKLES, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Nos.: 3:12-CR-89-TAV-HBG-1 3:14-CV-273-TAV |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

**ORDER**

For the reasons expressed in the accompanying memorandum opinion filed herewith, it is **ORDERED** and **ADJUDGED** that petitioner's § 2255 motion [Doc. 19], as supplemented [Doc. 21], be and hereby is **GRANTED**. That portion of the Judgment imposed on January 24, 2013 [Doc. 18], which had imposed a term of imprisonment of 180 months at count one of the indictment is **VACATED** and petitioner's sentence is corrected and reduced to a sentence of "time served" at count one of the indictment. This order shall take effect 10 days from its entry so as to give the Bureau of Prisons time to process petitioner's release. In all other respects, the judgment dated January 24, 2013 [Doc. 18], shall remain in full force and effect. The Clerk's Office is **DIRECTED** to prepare an amended judgment. The Clerk of Court is **DIRECTED** to **CLOSE** the civil action.

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT